IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff. | ) ) ) | |
| v. | ) ) | Case No. 3:11-00245 Chief Judge Haynes |
| KEITH ERIC SALMON, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

The sentencing hearing is set in this action for **Monday, September 16, 2013 at 2:30 p.m.** By **Friday, September 6, 2013,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the 1st day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court